UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY DALE BARGER,

    Plaintiff,

    v.

BARNES, et al.,

    Defendants.

Case No. 15-cv-00021-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Gary Dale Barger has failed to comply with the Court's order to (1) file an application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $400.00. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Barger may move to reopen the action. Any such motion **must** contain a complete IFP application **or** full payment for the $400.00 filing fee. The Clerk shall enter judgment in favor of defendants, and close the file.

    **IT IS SO ORDERED.**

**Dated:** February 17, 2015

_____

WILLIAM H. ORRICK

United States District Judge